BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Regional Chief Counsel
Social Security Administration
THEOPHOUS H. REAGANS, CSBN 189450
Special Assistant United States Attorney
Social Security Administration

    Office of the General Counsel
    160 Spear St. Ste. 800
    San Francisco, CA  94105
    Telephone: (415) 977-8938
    Facsimile: (415) 744-0134
    Email: theophous.reagans@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DWAYNE TODD PEKAREK,<br><br>    Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>    Defendant. | No. 13-cv-01451-DAD<br><br>STIPULATION AND ORDER FOR EXTENSION |

    IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Defendant's time to respond to Plaintiff's Motion for Summary Judgment be extended to September 17, 2014.  Defendant's response was originally due June 1, 2014.  This extension is necessary because due to an extremely heavy caseload and absence from the office, Counsel for Defendant overlooked the ECF Notice and

1 failed to properly calendar the response date.  Additionally, Counsel for Defendant needs
2 additional time to review Plaintiff's contentions and to explore the possibility of settlement.
3   Counsel for Defendant asserts that he did not act in bad faith and that the error was
4 completely inadvertent.  Defendant's Counsel apologizes to the Court for any inconvenience
5 caused by this delay.

                 Respectfully submitted,

Dated: August 17, 2014       */s/Bess M. Brewer*
                 BESS M. BREWER
                 Attorney for Plaintiff
                 [As authorized by telephone]

Dated: August 17, 2015      BENJAMIN B. WAGNER
                 United States Attorney
                 DONNA L. CALVERT
                 Acting Regional Chief Counsel, Region IX
                 Social Security Administration

          By:   */s/ Theophous H. Reagans*
               THEOPHOUS H. REAGANS
               Special Assistant U.S. Attorney

               Attorneys for Defendant

**ORDER**

  Pursuant to the parties' stipulation, IT IS SO ORDERED.

Dated:  August 18, 2014

*[signature: Dale A. Drozd]*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1\orders.soc sec
pekarek1451.stip.eot.ord.docx